IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALANNA M. CAGLE**                                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-00155-BSM**

**CITY OF BENTON, ARKANSAS,** *et al.*                                              **DEFENDANT**

## ORDER

The parties' joint motion to stay and compel arbitration [Doc. No. 7] is granted. *See* 9 U.S.C. § 2. This case is stayed, pending completion of the arbitration proceedings.

IT IS SO ORDERED this 9th day of April, 2021.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE