IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALANNA M. CAGLE                                                                                    PLAINTIFF

v.                              CASE NO. 4:21-CV-00155-BSM

FAMILY DOLLAR STORES
OF ARKANSAS, LLC                                                                                  DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE